FILED

MAY 0 5 2010

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
_____ DIVISION

Dallas Leon Dugger
Deborah Ann Dugger
_____

(Enter above the full name of the Plaintiff[s] in this action.)

- vs -

Bank of America
CountryWide
_____

(Enter above the full name of ALL Defendant[s] in this action. Fed. R. Civ. P. 10(a) requires that the caption of the complaint include the names of all the parties. Merely listing one party and "et al." is insufficient. Please attach additional sheets if necessary.

1:10CV0076SNLJ

Case No. _____
(To be assigned by Clerk of District Court)

## COMPLAINT

I.  State the grounds for filing this case is Federal Court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

II.  Plaintiff, _Dallas L & Deborah A. DUGGER_ resides at
_901 ADAM Street_, _Poplar Bluff_ _Butler_,
     street address                city              county
_MO_, _63901_, _573-718-9122_
 state   zip code   telephone number

(if more than one plaintiff, provide the same information for each plaintiff below)

III.  Defendant, _Bank of America / Country wide Homes_ ~~lives at~~, or its business is located at
_7105 Corporate Drive_ ~~[scribbled out]~~, _Plano_, _____,
          street address                city              county
_TX_, _75024-4100_
 state    zip code

(if more than one defendant, provide the same information for each defendant below)

IV.     Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved. You must state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary):

On Jan. 26 2010 Bank of America/Countrywide mailed to us (Dallas L. & Deborah A. Dugger) Modification Documents dated Jan. 25·2010 requesting $485.02. Under the Troubled Asset Relief Program (TARP), and Home Assistance Modification Program (HAMP). Bank of America/Country Wide did Not just ignore Plaintiffs, but ignored TARP & HAMP Regulations by requiring fees upfront to modify their home loan which is prohibited under the federal regulations. We were also suppose to have from 1-26-10 to 2-25-10 to ~~~~ pay up front fees - 485.02.

On or about Feb 4, 2010 was sent notice of Foreclosure before the time given on said modification allowance ~~~~ denied of time. Bank of America/Country Wide Loans, ~~~~ Plaintiffs ~~ access to (TARP) & (HAMP) by requesting up front fees. All TARP & HARP funded financial establishments like Bank of America are required to offer solutions, not request upfront fees

On 1-27-2010 I, Deborah Dugger, called Bank of America asking for copys of Note, Deed of Trust, Original Appointment of Successor trustee documents. Gaberial with whom I spoke with stated they don't have them.

3

V.  Relief: State briefly and exactly what you want the Court to do for you. ~~We pray for~~ ~~that the Court consider give us relief from being denied, mental~~

We pray the Court would consider relief from Bank of America in the amount $500,000 for deliBertly Stealing. Would the Court Request Original document, pertaining to 901 Adam Proof of Claim to the Debt.

VI. **MONEY DAMAGES:**

A) Do you claim either actual or punitive monetary damages for the acts alleged in this complaint?

YES [X]      NO [ ]

B) If your answer to "A" is YES, state below the amount claimed and the reason or reasons you believe you are entitled to recover such money damages:

$500,000 NOT Doing WHAT BAC INSTRUCTED THEy Do FOR me. IN ReFeReNcc. TO NOTE. ie. Modification Program. Stealing escrow FoR Lender Place Ins. CREATED MENTAL ANGUASH And FINICAL HARShiP.

VII. Do you maintain that the wrongs alleged in the complaint are continuing to occur at the present time?

YES [X]      NO [ ]

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___ day of _____, 20___

_____
_____
Signature of Plaintiff(s)

Defendants stole plaintiffs Escrow funds in the amount of $926.00. Plaintiff is on heart medication. When he called to inquire where his saved money went Defendants claimed they took it for no insurance. Plaintiff faxed them proof of insurance twice. Amount returned to account was around $600.00! Plaintiff has went through so much stress, that he has had 3 attacks from being stolen from and denied the use of Troubled Asset Relief Program & Home Assistance Modification Program with Defendants requiring up front fee $485.02 and now the are saling Plaintiff Home June 2nd - 2010!

Your honor, the TARP & HAMP guidelines state the plaintiff can use these laws to save their Home, and that is why we are Then Defendants Raised House payment.

Wallace Dugger 5-5-10
Deborah Dugger 5-5-10